Superior Wall Products Co. *v.* Employers
Liability Assurance Corporation,
Limited, Appellant.

Argued March 25, 1958. Before RHODES, P. J., GUN-
THER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.
(HIRT, J., absent).

Before OLIVER, P. J.

*Norman Paul Harvey,* with him *John J. McDevitt, 3rd,* for appellant.

*Mervin J. Brenner,* with him *David F. Maxwell,* and *Obermayer, Rebmann, Maxwell & Hippel,* for appellee.

OPINION PER CURIAM, June 11, 1958:
The judgment of the court below is affirmed on the opinion of President Judge L. STAUFFER OLIVER, as reported in 12 Pa. D. & C. 2d 533.